UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 08-612 |
| v. | : | |
| | : | |
| JERROD JEFFRESS | : | ORDER |
| | : | |

This matter having come before the Court on the application of defendant, Jerrod Jeffress, through his attorney, the Office of the Federal Public Defender (David A. Holman, Assistant Federal Public Defender, appearing), with no objection from the government (Scott McBide, Assistant U.S. Attorney), District of New Jersey, and with Pretrial Services Officer Michelle Roman taking no position on the matter, for an order extending the date that Mr. Jeffress has been ordered to voluntarily surrender to the Bureau of Prisons;

IT IS on this 9th day of October, 2009, ORDERED that the voluntary surrender date of October 19, 2009, be extended until November 30, 2009.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT COURT JUDGE